UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:25-MJ-2093 |
| | ) | JUDGE McCook |
| REGAN DARBY PRATER | ) | |

TO THE HONORABLE JUDGE OF THE ABOVE COURT:

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Your petitioner, the United States of America, by the United States Attorney for the Eastern District of Tennessee, respectfully shows:

I.

That REGAN DARBY PRATER is now in the custody of the Sheriff of Coffee County at the Coffee County Jail, 76 Hillsboro Hwy, Manchester, Tennessee, pursuant to State of Tennessee charges.

II.

That there is pending against the defendant, REGAN DARBY PRATER, in this District, the above-captioned case, which is set for an Initial Appearance on **April 24, 2025, at 11:00 a.m.**, or for HIS case to be otherwise disposed of upon said indictment heretofore returned against REGAN DARBY PRATER, in the United States District Court for the Eastern District of Tennessee, at Knoxville, Tennessee, and each day thereafter until said case is disposed of.

WHEREFORE, petitioner prays that the Clerk of this Court be instructed to issue a writ of habeas corpus ad prosequendum to the Sheriff of Coffee County commanding him to produce the said REGAN DARBY PRATER before this Court at the time and place aforesaid for the

purpose aforesaid, and that if the said Sheriff of Coffee County so elects, the United States Marshal for the Eastern District of Tennessee or any other duly authorized United States Marshal or Deputy United States Marshal be ordered and directed to receive said REGAN DARBY PRATER into his custody and possession at the Coffee County Jail, and under safe and secure conduct to have REGAN DARBY PRATER before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return REGAN DARBY PRATER to said Sheriff of Coffee County at the Coffee County Jail, as aforesaid.

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: *s/ Casey T. Arrowood*
Casey T. Arrowood (TN BPR #038225)
Anne-Marie Svolto (TN BPR #025716)
Assistant United States Attorneys
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167
Casey.Arrowood2@usdoj.gov
Anne.Svolto@usdoj.gov