AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

FILED 2025 APR 24 PM 3:36
US DISTRICT COURT
EASTERN DIST. TENN.

United States of America
v.
Regan Darby Prater

Case No. 3:25-MJ-2093

Defendant

**SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Regan Darby Prater,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violation of 18 U.S.C. § 844(i) (Arson)

Date: 04/01/2025

_Issuing officer's signature_

City and state: Knoxville, Tennessee

Hon. Jill E. McCook, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on (date) 4-1-25, and the person was arrested on (date) 4/24/25
at (city and state) Knoxville, TN

Date: 4-24-25

_Arresting officer's signature_

B. Myers  DUSM
_Printed name and title_

FID: 11195142
2574-0402-0805-J